**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 31 MAL 2022

      Respondent                          :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

         v.                          :

DALE WAKEFIELD,                    :

      Petitioner                         :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 32 MAL 2022

      Respondent                          :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

         v.                          :

DALE WAKEFIELD,                    :

      Petitioner                         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.